693 A.2d 201

**COMMONWEALTH of Pennsylvania,**

v.

**Andrew J. BYRNE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 30, 1997.

Decided May 20, 1997.

Stuart Suss, West Chester, for Commonwealth.

John J. Duffy, for Andrew Byrne.

## ORDER

PER CURIAM:

Order of Superior Court reversed.  *See Commonwealth v. Myers,* 530 Pa. 396, 609 A.2d 162 (1992).

CASTILLE and NEWMAN, JJ., dissent.